ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROMAN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>TERESA SCHWARTZ, Warden,<br><br>　　　　Respondent. | Case No. CV 07-2335-AHM (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: December 17, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE