ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROMAN,<br><br>   Petitioner,<br><br> vs.<br><br>TERESA SCHWARTZ, Warden,<br><br>   Respondent. | Case No. CV 07-2335-AHM (RNB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 17, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE